IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,

Vs.

GLEN FRANKLIN,
LOUISE TRAWICK,
DEBBIE MAULDIN,
    Defendant,

Case No

1:07CV3-WKW

COMPLANIT OF NEGLIGENCE

The case follows under the jurisdiction Article III Section 2a Constitutional law. Subject matter question controversy $1,000.000.00 **ONE MILLION DOLLARS EACH DEFENDANT.** The plaintiff and the defendant are both United States Citizens and both live in the states FRCP Rule 28 U.S.C. 139(a)(1) a substantial part of the events arose in the claim.

The plaintiff and the defendant(s) are not in agreement of the plaintiff rights to privacy. The defendant(s) mailing address is P.O. Box 1727 Dothan, Alabama 36302.

*The defendant(s) conduct has been a threat to the defendant(s) jobs. FRCP RULE 1.16(d)***PROFESSIONAL CONDUCT** *both defendants have taken advantage of the housing management promble and are not doing anything to stop actions of threats against the plaintiff while living in the apartment building that is manage by the defendant(s). The defendant(s) have been aware of the prombles and the defendant(s) professionalism does involve concerning themselves with the plaintiff rights to privacy.*

*The defendant(s) both have involved themselves with the criminal action involvement of the harassment of the plaintiff and by not handling one other tenant living in the same project housing. App 764, 991 P. 2d 107 (2002) holding the criminal harassment.*

*The defendant(s) both are aware that the plaintiff has come to them with concerns of prombles involving another tenants. White female and white male tenants one of the tenants name is Mary Murphy living on the 5th floor at Vaughn Towers Apartment. The other tenant name is John Span living on the 8th floor the apartment next to the plaintiff. The defendant(s) were told from the plaintiff on October 31, 2006 the assulter Mary Murphy plead quilty of the assault against the plaintiff. The defendant(s) were told in the*

month of December 2006 the Dothan Mastriate Office gave the plaintiff the information that the white female Mary Murphy had plead quilty to assaulting the plaintiff. The information is on recorded tape of the details of what Ann the Mastriate had to say about the action took against Mary Murphy and what date plead quilty to assaulting the plaintiff etc.

The defendant(s) both have discriminated against the plaintiff FRCP RULE rights a tenant and African American. The defendant Louise Trawick was told the month of January 2006 that the plaintiff was having prombles with whites in the building. The defendant Louise Trawick and the manager of the apartment building held a meeting in their office referencing the actions of tenants. The defendant(s) refuse the safety of the plaintiff. Even after the defendant(s) were told **over and over** that the tenant was continuously having prombles with others in the building the defendant Louise Trawick continued to let unnormal things happen to the plaintiff. Pprombles reoccurred daily. The plaintiff allowed the prombles of the occurrence on September 25, 2006 to a assault to the plaintiff. The plaintiff was assaulted by Mary Murphy in the community lobby on the first floor. The defendant(s) took the side of the security guard that they hired from some business in Dothan, Alabama that the plaintiff slap the tenant because

*the tenant Mary Murphy would not get out of a chair in the lobby and let the tenant sit in the chair. The manager of the building after the assault to the plaintiff put chairs in the first floor lobby.*

*The defendant(s) gave permission to other tenants to sit and stand around the security desk the security desk is not far from leaving and entering the apartment building. The defendant Louise Trawick could had the housing manager place flyers on the outside board of the lobby and inside tenant's mailboxes. The flyers stated to stop hanging around the security desk. Because of the action tenant hanging around the security desk the plaintiff trip and fail in the lobby, the plaintiff was assaulted in the lobby, the plaintiff was called a Niger, the plaintiff was told to shut up another promble that the management did not see a build up to harassment of the plaintiff. Housing Manager who was in the lobby talking to the plaintiff when the plaintiff was told to shut up from a white male tenant the action form the tenant was August 2006.*

*The defendant(s) are not Immune title section 30-5B-6 Immunity. The defendant(s) work for the Housing Authority of City Of Dothan. The plaintiff has made another complaint to the HUD Housing. The complaint*

*is being investigated by an investigator of HUD Housing. The complaint is based on the actions of the City of Dothan Housing Authority management. The plaintiff feels that the information is a part of the lawsuit the plaintiff has against both defendant(s).*

*Angela Denise Nails*
*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*