IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENSIE NAILS,

    Plaintiff,             Case No 1:07-CV-3-WKW

Vs.

GLEN FRANKLIN,
LOUISE TRAWICK,
DEBBIE MAULDIN,

    Defendant(s),

### MOTION FOR JURY TRAIL

The plaintiff request a Jury Trail for the above defendant(s) in the plaintiff case.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY