IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENSIE NAILS,

      Plaintiff,      Case No 1:07-CV-3-WKW-TFM

Vs.

GLEN FRANKLIN,
LOUISE TRAWICK
DEBBIE MAULDIN,

      Defendant

## CHANGE OF INCOME

The plaintiff income went from $854.00 to $852.00.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY