IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

RECEIVED

2007 FEB 13  A 10: 11

ANGELA DENISE NAILS,

    Plaintiff,    Case No. 1:07-cv-003-WKW

V

Glen Franklin, et al

    Defendant,

COMPLAINT ADMENDED

  The defendant is an employee for the Dothan, Alabama Housing Authority. The complaint is against the defendant because the defendant discriminated against the plaintiff on 09 26 2006, 10 16 2006, 11 01 2006 & 01 19 2007. The defendant on 09-26-2006 discriminated against the plaintiff after the defendant found out that another tenant had assaulted the plaintiff. The defendant used color to discriminate against the plaintiff. The defendant filed an eviction notice upon the plaintiff after finding out that the other tenant was white. The defendant did would not consider filing an eviction notice on the white tenant because the defendant stated that the The defendant is aware that the HUD lease dose not give him an any rights white tenant was not doing anything wrong in violation of the HUD Lease. to

to discriminate. The defendant discriminated against the plaintiff because the HUD lease dose not use color as a factor to make a selection on which tenants should be evicted the lease states anyone who is in violation of the lease will be subject to the lease. The defendant is governer by HUD local and state laws in the plaintiff Housing Lease. The defendant on 10-16-2006 and 11-01-2006 completed service on the African American tenant with violating the rights of the African American tenant rights of the lease. 01-19-2007 The defendant finished his argument to evict the plaintiff before a District Judge. The eviction against the plaintiff was not upheld according to the HUD Housing lease. FAIR Housing Rule discrimination Rule 42 U.S. Code 3601.et seq.). The Housing association policy Category 1-4 and 4-39-4-42 discrimination against any person because of treatment that is not given to another person who has violated a policy of the Fair Housing of different race, color, religion, national origin, sex families with children and people with disabilities. The act of discrimination is the ability or power to see or make fine distinctions; discernment and the treatment or consideration based on class or category. The plaintiff case is Federal question under U.S. Federal courts the defendant violated the Fair Housing rule of discrimination and did not seek the rights for the plaintiff under the Fair Housing rule. The

plaintiff is protected under the federal constitutional due pro process in the Fourth Amendment.

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SEE ATTORNEY