IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,

Vs.

Case No.1:07-cv-003-WKW

GLEN FRANKLIN, et al.

        Defendant(s),

OBJECTION TO REMMENDATION

The plaintiff is objecting on all issues in plaintiff objection statement of issues before the court. The plaintiff case relies on the Federal Question Jurisdictional issue when a claim is based on the Constitution or a Federal statute this follows Federal Civil procedure Satute 1331.

<u>Fifth Amendment Violation to the Constitution of the United States of America</u>

Through its refusal to support and protect the citizen(plaintiff), the Dothan Housing Authority has allowed the plaintiff to succumb to harassment and

mental torture at the hands of a citizens(management). After abusive language, threats to the plaintiff, continual stress stears from both the citizens(tenants and management) and constant creation of noises from the citizens(tenants of Vaughn Towers Apartment) who reside in the same apartment building as the plaintiff.

   The defendant(s) are citizen of the United States living in the state of Alabama.

   The plaintiff case is based on racial discrimination. The bases of racial discrimination is the race,color,religion,gender of a person. The plaintiff was discriminated on the bases of the plaintiff race as an aferican american. On September 25, 2006 a white female who is also a tenant of the same apartment building. The aferican american tenant who is the plaintiff, the white tenant assaulted the aferican american tenant in the common area of the building, the lobby of the apartment building. After the aferican american was assaulted by the white tenant the aferican ameican tenant ask the management who is white to assist her with the language of reading of the lease. The management refuses to assist the aferican american tenant with the reading of the language of the apartment lease. The white tenant

was given the assistants from the apartment managers of the reading of the language of the tenant lease. The management refuse to assist the plaintiff with the language in the lease giving an impression of social behavior denial from the management. The management refusing to give help to one race and not another is the form of discrimination against one race. When the plaintiff ask the management for the assistant of reading the language in the apartment lease the aferican american tenant was not assisted also not treated fairly against the white tenant. The white tenant was given the right of assistant of the language of the reading of the lease by the management. The management and the tenant who was given the rights from the management the reading of the apartment lease are both white americans.

Both the white and the aferican american tenant were not given the same rights of the U. S. Constitution. Even though the white tenant was not ask to move from her apartment but the aferican american tenant was ask to move from her apartment. The adopted lease was the reason to why the white tenant was not ask to move from her apartment, the language of the apartment lease was upheld for the white tenant, but the rights of the language of the reading of the apartment lease was not given to the aferican american tenant. Which is discrimination against one race, one race to be

given the rights and other race not given the exact rights of a binding and legal document.

_____
ANGELA DENISE NAILS
PRO SE ATTORNEY

## Certificate of service

*Certificate of service the date of below. The service of copies have been served on the below address. The service has been mail by United States Mail.*

*United States Middle District Of Alabama*
*Post Office Box 711*
*Montgomery, Alabama 36101*

*This 26, day of February, 2007*

_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ANGELA DENISE NAILS,**

       **Plaintiff,**        Case No. 1:07-CV-003-WKW

**v.**

**GLEN FRANKLIN,**

       **Defendant(s),**

AFFIDAVIT OF OBJECTION REMMENDATION

*The plaintiff Objection To Remmendation is true to the best of the Knowledge of the plaintiff.*

*Angela Denise Nails*
         *ANGELA DENISE NAILS*

         *PRO SEE ATTORENY*

Sworn to and subscribed before me this ___26___ day of __February__, 2007

(SEAL)

_____
NOTARY PUBLIC
My commission Expires: **My Commission Expires April 6, 2007**