IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENSIE NAILS,

    Plaintiff,

Vs

GLEN FRANKLIN, et al.

    Defendant(s),

Case No. 1:07-cv-003-WKW

## MOTION TO ADD DEFENDANT(s)

The plaintiff is seeking an answer form the Federal Court of adding other defendant(s) to the case.

_Angela Denise Nails_
ANGELA DENISE NAILS

**PRO SE ATTORNEY**