IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLEN FRANKLIN, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:07-cv-3-WKW |

## **ORDER**

On February 21, 2007, the Magistrate Judge filed a Recommendation (Doc. # 10) that the Defendant's case be dismissed for lack of subject matter jurisdiction. Plaintiff's timely objection (Doc. # 11) was considered by the court. Upon an independent and *de novo* review of the file in this case, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED;

2. Plaintiff's objection (Doc. # 11) is OVERRULED; and

3. The costs of this proceeding are taxed against the Plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE this 2nd day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE