IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

2007 APR 13  A 9: 24

ANGELA DENISE NAILS,
                    DEBRA P. HACKET
                    U.S. DISTRICT CC
            Plaintiff, MIDDLE DISTRIC Case No.1:07cv-3-WKW

Vs.

GLEN FRANKLIN,et,al

            Defendant,

## APPEALS COURT

Plaintiff Federal Rule Appeal Procedure 3(c).   A pro se notice of appeal must be signed

by the appellant.   Immediate review under Federal Rule Civil Procedure 54 (b), Williams

v. Bishop, 732 F.2d 885,885-86(11th Cir.1984).   Limited exceptions are discussed in

cases including, but not limited to Cohen v. Beneficial Indus. Loan Corp., 337 U.S.

541,546,69S.Ct 122-26,93 L.ED. 1528(1949);.  The plaintiff is appealing the case.  The

plaintiff will add one other information source to the complaint.  On March 16,2007.  The

plaintiff dwelling was enter into by one of the defendant(s) the plaintiff was inside the

bathroom nackit while using the bathroom toilet one of the defendant(s) would not leave

out of the plaintiff apartment after being ask.  One of the defendant(s) approached the

bathroom were the plaintiff was at watch the plaintiff nackit.  A police report was made.

And an arrest of one of the defendant(s) in process.  In concluding  the plaintiff wants

the court to do an order form the first complaint of  monetary judgment against all

defendant(s).  Or the plaintiff is requesting the appeals board to request information of

the defendant(s) about the complaint against the defendant(s) before order is completed.

_Angela Denise Nails_
_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

Denise Nails
P.O. Box 883
Dothan, Al 36301

Civil Appeals
P.O. Box 711
Montgomery, Al 36101
36101+0711

MONTGOMERY AL 361
12 APR 2007 PM 4 T