IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 07-11794 -FF

ANGELA DENISE NAILS,

    Plaintiff-Appellant,

versus

GLENN FRANKLIN,
LOUISE TRAWICK,
DEBBIE MAULDIN,

    Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE: BIRCH and WILSON, Circuit Judges.

BY THE COURT:

    Appellant's motion to reinstate appeal is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia