Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

July 10, 2008

**Appeal Number: 07-11794-FF**
Case Style: Angela Denise Nails v. Glenn Franklin
District Court Number:  07-00003 CV-W-S

CC:    Angela Denise Nails

CC:    Debra P. Hackett

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-11794-FF**
Case Style: Angela Denise Nails v. Glenn Franklin
District Court Number:  07-00003 CV-W-S

---

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Debbie Cordell (404) 335-6219

Encl.

REHG-1 (03-2004)

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 07-11794-FF

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 0 2008

THOMAS K. KAHN
CLERK

ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

GLENN FRANKLIN,
LOUIS TRAWICK,
DEBBIE MAULDIN,

Defendants-Appellees.

--------------------------

On Appeal from the United States District Court for the
Middle District of Alabama

--------------------------

BEFORE: EDMONDSON, Chief Judge, CARNES and DUBINA, Circuit Judges.

PER CURIAM:

The petition(s) for rehearing filed by Appellant Angela Denise

Nails, is DENIED.

ENTERED FOR THE COURT:

_Edmondson_

CHIEF JUDGE

ORD-41